IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


CATHARYN BURTON o/b/o,
D. T. H.,                                                                                            PLAINTIFF


v.                                         Case No. 4:04-cv-4009


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT


## ORDER

Pending before this Court is Defendant's Motion to Reinstate Case on the Active Docket of the Court (Docket #9). This matter was previously remanded pursuant to Sentence Six of 42 U.S.C.§ 405(g). The Court has reviewed the Motion and finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** Defendant's Motion to Reinstate Case on the Active Docket of the Court, (Docket #9) is hereby **GRANTED**. Plaintiff's Appeal Brief (Docket # 10) was filed on April 23, 2007.[1] Defendant's responsive appeal brief shall be filed on or before May 30, 2007.

**IT IS SO ORDERED** this 30th day of April, 2007.


/s/Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge

---

[1] While Plaintiff's Appeal Brief was filed prior to the re-opening of this case, the Court will consider Plaintiff's Appeal Brief timely filed as of the date of this Order.

Case 4:04-cv-04009-BAB   Document 11    Filed 04/30/07   Page 2 of 2 PageID #: 12