IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CATHARYN BURTON,                                                                                    PLAINTIFF
o/b/o D.T.H., a minor

v.                                      Case No. 4:04-cv-4009

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Comes now the Court on this 21st day of November, 2007, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE